United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1906ND

_____

Darold Larson; Larson for Life for          *
U.S. Senate Committee; Russell Sahr,        *
as representative of the class,             *
contributors to the Larson for Life for     *
U.S. Senate Committee,                      *
                                            *
      Plaintiffs-Appellees,           *
                                            *
    v.                                *
                                            *
Fargo Women's Health Organization;          *
                                            *
      Defendant,                      *
                                            *
William Kirschner,                          *
                                            *
      Appellant.                      *

Appeals from the United States
District Court for the District of
North Dakota.

_____

No. 97-2040ND

_____

[UNPUBLISHED]

Darold Larson; Larson for Life for          *
U.S. Senate Committee; Russell Sahr,        *
as representative of the class,             *
contributors to the Larson for Life for     *
U.S. Senate Committee,                      *
                                            *
      Plaintiffs-Appellants,          *
                                            *

                    v.                       *
                                             *
Fargo Women's Health Organization;          *
                                             *
                    Defendant,               *
                                             *
William Kirschner,                           *
                                             *
                    Appellee.                *
                        _____

                    Submitted:  November 5, 1997
                        Filed:  November 26, 1997
                        _____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
                        _____

PER CURIAM.

        The appeal and cross-appeal have been submitted on the briefs.  Having
considered the record and the parties' submissions, we find no error of law.  In our
view, the district court did not abuse its discretion in making its sanctions-related
rulings.  Accordingly, we affirm.  See 8th Cir. R. 47B.


        A true copy.


        Attest:


                CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.